In the Matter of MARK PARRISH, Appellant, v NEW YORK CITY LOFT BOARD et al., Respondents. [17 NYS3d 299]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Cynthia S. Kern, J.), entered on or about May 23, 2014, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 16, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Andrias, Saxe, Gische and Kapnick, JJ.